ILND 450 (Rev. 10/13)  Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

MARICELLA CARVAJAL,

Plaintiff(s),

v.

BLUE CROSS BLUE SHIELD OF ILLINOIS,

Defendant(s).

Case No.  21 C 3659
Judge Charles Norgle

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

        which ☐ includes        pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: this case is dismissed.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Charles Norgle on a motion to dismiss.

Date:  8/20/2021

Thomas G. Bruton, Clerk of Court

Eric Fulbright , Deputy Clerk